1  Cynthia L. Alexander, Esq.
   Nevada Bar No. 6718
2  Cassie R. Stratford, Esq.
   Nevada Bar No. 11288
3  Snell & Wilmer L.L.P.
4  3883 Howard Hughes Parkway, Ste. 1100
   Las Vegas, NV 89169
5  Tel: 702-784-5200
   Fax: 702-784-5252
6  E Mail: calexander@swlaw.com
           cstratford@swlaw.com
7
8  *Attorneys for Defendant Wells Fargo Bank N.A. and HSBC Bank USA N.A.*

9              IN THE UNITED STATES DISTRICT COURT
10                     DISTRICT OF NEVADA

| | |
|---|---|
| AMIRA BERILO, an individual, | CASE NO. 2:09-cv-02353-RLH-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| HSBC MORTGAGE CORPORATION, USA, doing business as HSBC BANK USA N.A.; WELLS FARGO BANK, N.A., doing business as AMERICA'S SERVICING COMPANY; NATIONAL DEFAULT SERVICING CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOE Defendants I through X, inclusive; and ROE CORPORATIONS A through Z, inclusive, | |
| Defendants. | |

25  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Amira Berilo,
26  through counsel, Law Office of Jacob L. Hafter & Associates, and Defendants, Wells Fargo
27  Bank N.A. and HSBC Bank USA N.A., through counsel, Snell & Wilmer L.L.P.:
28  / / /

12675335.1

THAT subject to the Settlement Agreement and Release between Plaintiff, and Defendants Wells Fargo Bank N.A. and HSBC Bank USA N.A, the above-captioned case, all claims, causes of action and defenses between Plaintiffs and Defendants set forth in the pleadings be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 22nd day of March, 2011

Law Office of Jacob L. Hafter & Associates

By: _____
Jacob L. Hafter, Esq.
Michael Naethe, Esq.
Law Office of Jacob L. Hafter & Associates
7201 W. Lake mead Blvd., Suite 210
Las Vegas, NV 89128
T: 702.405.6700
*Attorneys for Plaintiff*

Dated this ___ day of March, 2011

Snell & Wilmer L.L.P.

By: _____
Cynthia L. Alexander, Esq.
Cassie R. Stratford, Esq.
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
T: 702.784.5200
*Attorneys for Defendant WELLS FARGO BANK, N.A. and HSBC Bank USA N.A.*

## ORDER

IT IS SO ORDERED that the above-captioned case and all claims, causes of action and defenses between Plaintiff, and Defendants Wells Fargo Bank N.A. and HSBC Bank USA N.A, set forth in the pleadings, are dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 25th day of March, 2011.

_____
Roger L. Hunt
UNITED STATES DISTRICT JUDGE